IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02956-BNB

DANIEL SIDDALL,

    Applicant,

v.

DESIGNATION AND SENTENCE COMPUTATION CENTER,

    Respondent.

ORDER OF DISMISSAL

    Applicant, Daniel Siddall, is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution (FCI) in Florence, Colorado. He initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and an inmate account statement on November 14, 2011.

    In an order filed on November 18, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Siddall to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Siddall was directed to submit an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 that named the proper Respondent on the court-approved form. Mr. Siddall was also directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form. He was informed that the § 1915 motion and affidavit was only necessary if the $5.00 filing fee was not paid in advance. The November 18 order warned Mr. Siddall that if he failed to cure the

designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Siddall has now failed to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved forms, as directed by the November 18 Order.  Further, Mr. Siddall has not communicated with the Court since November 14, 2011.  Therefore, Mr. Siddall has failed within the time allowed to cure the designated deficiencies and the action will be dismissed without prejudice.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  **See Coppedge v. United States**, 369 U.S. 438 (1962).  If Applicant files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Daniel Siddall, to comply with the order to cure dated November 18, 2011.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  5th  day of    January        , 2012.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court